UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Slocum, Executor
Of the Estate of Timothy
M. Donovan, et al.

   v.                                  Civil No. 11-cv-317-PB

Alexander Schleicher, GmbH
& Co., Segelflugzeugbau


**NOTICE OF RULING**

   Re:  Document No. 53, Motion to Compel Production of
Certain Documents

   Ruling: Based Upon defendant's response to my order of January 31, 2012, see doc. no. 64, plaintiffs' motion to compel is denied as to requests 5, 6, 18, 25, and 27-31, for the reasons given in my previous order (doc. no. 63). Because defendant has withheld no documents based upon its objections, there is nothing for the court to compel.

   SO ORDERED.

                                                      _____
                                                      Landya McCafferty
                                                      United States Magistrate Judge

Date: February 7, 2013

cc:  Phillip S. Bixby, Esq.
    Roy A. Bourgeois, Esq.
    Alisa Brodkowitz, Esq.
    Stephen J. Dibble, Esq.
    Harold J. Friedman, Esq.
    Edward J. Sackman, Esq.
    Andru H. Volinsky, Esq.